JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC GORDEN POWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>LAW OFFICES OF LES ZIEVES, et al.,<br><br>    Defendants. | Case No.: CV 17-5552 DSF (FFMx)<br><br>JUDGMENT |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction, and having allowed leave to amend by October 26, 2017, and no amended complaint having been filed,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that defendants recover their costs pursuant to recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920. a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 10/30/17

Dale S. Fischer
United States District Judge